National Life Insurance Company, appellee, v. Celia A. O'Shaughnessy et al., defendants. E. Weingarden, appellant. Gen. No. 36,764.

Opinion filed October 10, 1933.
Jerome L. Siegel, for appellant. Eckert & Peterson, for appellee; John D. Peterson and William U. Bardwell, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.